381 A.2d 911

Meyers, Appellant, v. Meyers.

Argued September 12, 1977. J. Servin, with him Jay D. Barsky, for appellant; Marshall E. Kresman, with him Walder, Martin & Kresman, for appellee.

Decree affirmed.

WATKINS, P. J., and VAN der VOORT and SPAETH, JJ., would quash.